# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KRYSTAL PATTERSON, | § | |
| | § | |
| Appellant-Below, Appellant, | § | No. 467, 2017 |
| | § | |
| v. | § | |
| | § | |
| DEPARTMENT OF HEALTH AND | § | Court Below—Superior Court |
| SOCIAL SERVICES, DIVISION OF | § | of the State of Delaware |
| MANAGEMENT SERVICES, | § | |
| | § | C.A. N16A-07-004 |
| Appellee-Below, Appellee, | § | |
| | § | |
| and the | § | |
| | § | |
| MERIT EMPLOYEE RELATIONS | § | |
| BOARD, | § | |
| | § | |
| Appellee-Below, Appellee. | § | |

Submitted: May 16, 2018
Decided: May 30, 2018

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

## ORDER

This 30th day of May, 2018, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its October 13, 2017 order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior

Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice